United States District Court

Eastern District of California

Andre Ramon Craver,

       Plaintiff,                     No. Civ. S 05-0546 FCD PAN P

   vs.                               Order

M. Norgaard, et al.,

       Defendants.

-oOo-

October 6, 2005, defendants requested an extension of time to file and serve a response to the complaint. Good cause appearing, defendant's October 6, 2005, request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: October 11, 2005.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge