United States District Court

Eastern District of California

Andre Ramon Craver,

    Plaintiff,   No. Civ. S 05-0546 FCD PAN P

vs.   Order

M. Norgaard, et al.,

    Defendants.

-oOo-

December 27, 2005, plaintiff requested an extension of time to file and serve objections to findings and recommendations. Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated:  January 5, 2006.

                          /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
                          Magistrate Judge