United States District Court

Eastern District of California

Andre Ramon Craver,

     Plaintiff,              No. S Civ. 05-0546 FCD PAN P

  vs.                    Order

M. Norgaard, et al.,

     Defendants.

-oOo-

   January 25, 2006, plaintiff filed a motion for entry of default.  January 19, 2006, this action was dismissed and judgment was entered.  No action will be taken on plaintiff's January 25, 2006, motion because it is not authorized by the civil or appellate procedural rules.  No action will be taken on future filings that do not comply with those rules.

   So ordered.

   Dated:  January 31, 2006.

                    /s/ Peter A. Nowinski
                    PETER A. NOWINSKI
                    Magistrate Judge